IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHEARER'S FOODS, LLC**                                                                                      **PLAINTIFF**

v.                                  **CASE NO. 3:21-CV-00161-BSM**

**SYMMETRY ENERGY SOLUTIONS, LLC**                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE